Slip Op. 23-74

# UNITED STATES COURT OF INTERNATIONAL TRADE

<table>
<tr>
<td>

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND BORUSAN MANNESMANN PIPE U.S. INC.,**

    Plaintiffs,

v.

**UNITED STATES,**

    Defendant,

**WHEATLAND TUBE,**

    Defendant-Intervenor.

</td>
<td>

Before: Jane A. Restani, Judge

Court No. 23-00005

</td>
</tr>
</table>

## JUDGMENT

The complaint filed in this matter challenging the final determination of the United States Department of Commerce regarding Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2020-2021, 87 Fed. Reg. 75,596 (Dep't Commerce Dec. 9, 2022) ("Final Determination") raises an issue that has been resolved in favor of the Department in Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States, 63 F.4th 25 (Fed. Cir. 2023). The parties have advised that, there being no other issues to adjudicate, judgment should be entered in agreement with that decision. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Final Determination by Commerce is **SUSTAINED**.

                                          /s/ Jane A. Restani
                                        Jane A. Restani, Judge

Dated: May 15, 2023
       New York, New York